# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, ROLAND E | § | Case No. 12-23112 |
| SMITH, DIANE E | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 07/10/2015 in Courtroom ,

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>06/16/2015</u>          By: <u>CLERK OF THE COURT</u>

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, ROLAND E | § | Case No. 12-23112 |
| SMITH, DIANE E | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 46.14 |
| leaving a balance on hand of[1] | $ | 19,953.86 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,480.58 | $ 0.00 | $ 2,480.58 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 79.71 | $ 0.00 | $ 79.71 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 850.00 | $ 0.00 | $ 850.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 176.00 | $ 0.00 | $ 176.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,586.29 |
| Remaining Balance | $ | 16,367.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,594.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $       13,594.07 | $       0.00 | $       13,594.07 |

Total to be paid to timely general unsecured creditors         $       13,594.07

Remaining Balance         $       2,773.50

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 79.33 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,694.17 .

Prepared By: /s/Peter N. Metrou

Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                          Case No. 12-23112-BWB
Roland E Smith                                                                                   Chapter 7
Diane E Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 1              Date Rcvd: Jun 17, 2015
                             Form ID: pdf006          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
db/jdb         +Roland E Smith,   Diane E Smith,   1099 Churchill Dr.,   Bolingbrook, IL 60440-1451
19006442       +Bank Of America, N.A.,   450 American Street # SV416,   Simi Valley, CA 93065-6285
19006444        Chase,   3415 Vision Dr.,   Columbus, OH  43219-6009
19006443       +Chase,   2500 Westfield Drive,   Elgin, IL 60124-7836
22351323        Chase Bank USA, N.A.,   Attn Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
19006440       +Smith Diane E,   1099 Churchill Drive,   Bolingbrook, IL 60440-1451
19006439       +Smith Roland E,   1099 Churchill Drive,   Bolingbrook, IL 60440-1451
23245288       +Wells Fargo Bank N A,   Pierce & Associates P C,   1 North Dearborn Suite 1300,
                 Chicago, IL 60602-4373
23224822       +Wells Fargo Bank, N.A,   c/o Pierce & Associates,   1 N. Dearborn, Suite 1300,
                 Chicago, IL 60602-4321
19006445        Wells Fargo Home Mortgage,   PO Box  659568,   San Antonio, TX  78265-9568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22374703*       Chase Bank USA, N.A.,   Attn Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
19006441       ##Law Offices of Jay M Reese,   286 W Fullerton Ave,   Addison, IL  60101-3767
                                                                         TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              Andrew J Nelson   on behalf of Creditor   Wells Fargo Bank, N.A anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Jay M Reese   on behalf of Debtor Roland E Smith lawofficeofjmreese@sbcglobal.net
              Jay M Reese   on behalf of Joint Debtor Diane E Smith lawofficeofjmreese@sbcglobal.net
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou   on behalf of Accountant Lois  West met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou   on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou   met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Toni Townsend   on behalf of Creditor   Wells Fargo Bank, N.A toni.townsend@pierceservices.com,
               northerndistrict@atty-pierce.com
                                                                         TOTAL: 8