**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, ROLAND E | § | Case No. 12-23112 |
| SMITH, DIANE E | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 164,200.00<br>*(Without deducting any secured claims)* | Assets Exempt: 41,900.00 |
| Total Distributions to Claimants: 13,673.40 | Claims Discharged<br>Without Payment: 24,970.04 |
| Total Expenses of Administration: 3,632.43 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,694.17 (see **Exhibit 2**), yielded net receipts of $ 17,305.83 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 192,264.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,632.43 | 3,632.43 | 3,632.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,262.30 | 13,594.07 | 13,594.07 | 13,673.40 |
| **TOTAL DISBURSEMENTS** | $ 230,526.75 | $ 17,226.50 | $ 17,226.50 | $ 17,305.83 |

4) This case was originally filed under chapter 7 on 06/06/2012 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2015 By:/s/Peter N. Metrou, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inherited RE | 1210-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 20,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROLAND E SMITH | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,694.17 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 2,694.17 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 3415 Vision Dr. Columbus, OH 43219-6009 | | 45,415.85 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 659568 San Antonio, TX 78265-9568 | | 146,848.60 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 192,264.45 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| PETER N METROU | 2100-000 | NA | 2,480.58 | 2,480.58 | 2,480.58 |
| PETER N METROU | 2200-000 | NA | 79.71 | 79.71 | 79.71 |
| ADAMS LEVINE | 2300-000 | NA | 19.29 | 19.29 | 19.29 |
| Associated Bank | 2600-000 | NA | 26.85 | 26.85 | 26.85 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| POPOWCER KATTEN | 3410-000 | NA | 850.00 | 850.00 | 850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 3,632.43 | **$** 3,632.43 | **$** 3,632.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A. 450 American Street # SV416 Simi Valley, CA 93065 | | 14,076.09 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American Street # SV416 Simi Valley, CA 93065 | | 10,893.95 | NA | NA | 0.00 |
| 000001 | CHASE BANK USA, N.A. | 7100-000 | 13,292.26 | 13,594.07 | 13,594.07 | 13,594.07 |
| | CHASE BANK USA, N.A. | 7990-000 | NA | NA | NA | 79.33 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,262.30 | $ 13,594.07 | $ 13,594.07 | $ 13,673.40 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit 8

Case No: 12-23112 BWB Judge: BRUCE W. BLACK
Case Name: SMITH, ROLAND E
SMITH, DIANE E
For Period Ending: 09/10/15

Trustee Name: Peter N. Metrou, Trustee
Date Filed (f) or Converted (c): 06/06/12 (f)
341(a) Meeting Date: 06/28/12
Claims Bar Date: 05/13/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' Homestead residence | 194,200.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking account average balance | 600.00 | 0.00 | | 0.00 | FA |
| 4. Appliances, kitchen supplies and utensils, furnitu | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. 1992 Chevy Pick up Truck | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. 1996 Cadilac Fleetwood Brougham | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Ford Van | 2,200.00 | 0.00 | | 0.00 | FA |
| 8. Workshop tools | 750.00 | 0.00 | | 0.00 | FA |
| 9. Inherited RE (u) | Unknown | 0.00 | | 20,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $206,100.00 | $0.00 | | $20,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's interest in IA RE was purchased. Tax returns filed Claims reviewed. Ready for TFR.

Initial Projected Date of Final Report (TFR): 12/31/13 Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-23112 -BWB
Case Name: SMITH, ROLAND E
SMITH, DIANE E
Taxpayer ID No: *******3513
For Period Ending: 09/10/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5199 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/14 | 9 | Courtney Haywood | Liquidation of RE | 1210-000 | 20,000.00 | | 20,000.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 26.85 | 19,973.15 |
| 03/19/15 | 005001 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 | | 19.29 | 19,953.86 |
| * 07/16/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,829.71 | 17,124.15 |
| | | | Fees 2,750.00 | 2100-003 | | | |
| | | | Expenses 79.71 | 2200-003 | | | |
| * 07/16/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense<br>error in report prep | | | -2,829.71 | 19,953.86 |
| | | | Fees ( 2,750.00 ) | 2100-003 | | | |
| | | | Expenses ( 79.71 ) | 2200-003 | | | |
| * 07/16/15 | 005003 | CLERK OF THE BANKRUPTCY COURT | DEFERRED FILING FEE<br>APPLICATION TO SELL | 2700-003 | | 176.00 | 19,777.86 |
| * 07/16/15 | 005003 | CLERK OF THE BANKRUPTCY COURT | DEFERRED FILING FEE<br>error in report prep | 2700-003 | | -176.00 | 19,953.86 |
| * 07/16/15 | 005004 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-003 | | 850.00 | 19,103.86 |
| * 07/16/15 | 005004 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE | Accountant for Trustee Fees (Other<br>error in report prep | 3410-003 | | -850.00 | 19,953.86 |

Page Subtotals 20,000.00 46.14

Ver: 18.04

**FORM 2**



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-23112 -BWB
Case Name: SMITH, ROLAND E
SMITH, DIANE E
Taxpayer ID No: *******3513
For Period Ending: 09/10/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5199 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 1550<br>CHICAGO, IL 60601 | | | | | |
| * 07/16/15 | 005005 | Chase Bank USA, N.A.<br>Attn Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Claim 000001, Payment 100.58356% | | | 13,673.40 | 6,280.46 |
| | | | Claim 13,594.07 | 7100-003 | | | |
| | | | Interest 79.33 | 7990-003 | | | |
| * 07/16/15 | 005005 | Chase Bank USA, N.A.<br>Attn Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Claim 000001, Payment 100.58356%<br>error in report prep | | | -13,673.40 | 19,953.86 |
| | | | Claim ( 13,594.07 ) | 7100-003 | | | |
| | | | Interest ( 79.33) | 7990-003 | | | |
| 07/16/15 | 005006 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,560.29 | 17,393.57 |
| | | | Fees 2,480.58 | 2100-000 | | | |
| | | | Expenses 79.71 | 2200-000 | | | |
| 07/16/15 | 005007 | CLERK OF THE BANKRUPTCY COURT | DEFERRED FILING FEE<br>APPLICATION TO SELL | 2700-000 | | 176.00 | 17,217.57 |
| 07/16/15 | 005008 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 850.00 | 16,367.57 |
| 07/16/15 | 005009 | Chase Bank USA, N.A.<br>Attn Correspondence Dept<br>PO Box 15298 | Claim 000001, Payment 100.58356% | | | 13,673.40 | 2,694.17 |
| | | Page Subtotals | | | 0.00 | 17,259.69 | |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-23112 -BWB
Case Name: SMITH, ROLAND E
SMITH, DIANE E
Taxpayer ID No: *******3513
For Period Ending: 09/10/15

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******5199 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5298 | | | | | |
| | | | Claim 13,594.07 | 7100-000 | | | |
| | | | Interest 79.33 | 7990-000 | | | |
| 07/16/15 | 005010 | ROLAND E SMITH<br>1099 CHURCHILL DR.<br>BOLINGBROOK, IL 60440 | Surplus Funds | 8200-002 | | 2,694.17 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 2,694.17 | |
| Net | 20,000.00 | 17,305.83 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5199 | 20,000.00 | 17,305.83 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 20,000.00 | 17,305.83 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 2,694.17 |